IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00870-CMA-KLM

RICHARD DEAN HERRICK,

    Plaintiff,

v.

JPMORGAN CHASE,

    Defendant.

_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Notice of Settlement and Unopposed Motion to Vacate June 27, 2012 Scheduling/Planning Conference** [Docket No. 20; Filed June 15, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#20] is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Scheduling/Planning Conference set for June 27, 2012 at 10:30 a.m. is **VACATED**.

    IT IS FURTHER **ORDERED** that the parties shall file dismissal papers on or before **July 6, 2012**.

    Dated:  June 18, 2012